ANTHON J. BOHM, appellant,

*v.*

BESSIE A. C. HANSMANN et al., respondents.

[Decided October 20th, 1924.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *96 N. J. Eq. 73.*

*Mr. Frank G. Turner,* for the appellant.

*Messrs. Carrick & Wortendyke,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For reversal*—None.